United States District Court
Southern District of Texas
**ENTERED**
January 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERT H CRANE, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:21-CV-490 |
| MARGO AND JONES, INC., *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

I stand recused in this case. The matter is re-assigned to Chief Judge Lee H. Rosenthal of the Southern District of Texas, Houston Division.

All court settings are canceled.

Signed on January 14, 2022.

Fernando Rodriguez, Jr.
United States District Judge