UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Robert H Crane

v.  Case Number: 7:21−cv−00490

Margo and Jones, Inc., et al.

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/4/2028

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 18, 2022

Nathan Ochsner, Clerk