IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERT H. CRANE,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| MARGO AND JONES, INC.,<br>AUTOWASH CORP.,<br>RNS-CRANE, L.L.P.,<br>CCN SERVICES CORPORATION, and<br>SCC SERVICES CORPORATION<br>    Defendants, | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 7:21-CV-490 |
| SASHA S. CRANE,<br>    Intervenor. | §<br>§ | |

**NOTICE OF APPEARANCE OF COUNSEL**

To:   The Clerk of court and all parties of record:

NOW COMES, JAIME PEÑA, and hereby files this Notice of Appearance as Counsel for Defendants Margo and Jones, Inc., Autowash Corp., RNS-Crane, L.L.P., CCN Services Corporation, and SCC Services Corporation (hereinafter collectively "Defendants").

I am admitted or otherwise authorized to practice in this court, and I appear in this case as Counsel in the above numbered and entitled cause for Defendants.

Dated: April 28, 2022.

        Respectfully submitted,

        PENA ALECZANDER
        3900 N. 10th St., Suite 1050
        McAllen, TX 78501
        Tel.: (956) 948-2221
        Fax.: (956) 888-422-6821

By: /s/ Jaime Peña
        Jaime Peña
        State Bar No.: 90001988
        SD TX: 289815
        jpena@penaaleczander.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff Notice of Appearance of Additional Counsel has been filed ECF and sent to the Assistant United States Attorney's Office, on the 28th day of April, 2022 and forwarded to all counsel of record.

        */s/ Jaime Peña*
        Jaime Peña